**DISMISS; Opinion Filed March 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00187-CV

**FAHIM DURRANI, Appellant**
**V.**
**BLUEBONNET RESOURCES CORPORATION, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-10885**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated January 21, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130187F.P05

/ Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FAHIM DURRANI, Appellant

No. 05-13-00187-CV         V.

BLUEBONNET RESOURCES
CORPORATION, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 11-10885.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
        It is **ORDERED** that appellee BLUEBONNET RESOURCES CORPORATION recover its costs of this appeal from appellant FAHIM DURRANI.


Judgment entered this 26th day of March, 2014.


/Lana Myers/
LANA MYERS
JUSTICE